# LAC LEGAL ACTION CENTER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/08/2024

**Board of Directors**
Brad S. Karp, *Chairman*
Mary Beth Forshaw, *Vice Chair*
Lymaris Albors
Gerald Balacek
Eric D. Balber
Elizabeth Bartholet
H. Westley Clark
Suzanne B. Cusack
Jason Flom
Alexis Gadsden
Jeffrey D. Grant
Tony Lee
Doug Liman
Ann-Marie Louison
Ross A. Lovern
Elaine H. Mandelbaum
Kamran Masood
Mark C. Morril
Mary E. Mulligan
Danielle Nicosia
Debra Pantin
Elizabeth M. Sacksteder
Sharon L. Schneier
Virginia Sloan
John J. Suydam
Harya Tarekegn
James Yates
Arthur L. Liman, *Founding Chairman*
Daniel K. Mayers, *Chairman Emeritus*

**Executive Team**
Paul N. Samuels, *Director & President*
Sally Friedman, *SVP of Legal Advocacy*
Tracie Gardner, *SVP of Policy Advocacy*
Ellen Weber, *SVP for Health Initiatives*
Gabrielle de la Guéronnière, *VP of Health & Justice Policy*
Roberta Meyers Douglas, *VP of State Strategy & Reentry*
Adela Prignal, *Chief Financial Officer*
Sharon X. Hayes, *Director of Operations*
Sarah Nikolic, *Sr. Director of Program Support*

MEMO ENDORSED

March 7, 2024

**VIA FAX**

Honorable Nelson S. Román
U.S. District Court, Southern District of New York
300 Quarropas Street
Courtroom 218
White Plains, NY 10601
Tel (914) 390-4177
Fax (914) 390-4179

      Re:    Landau v. Good Samaritan Hospital et al.,
              Case No. 7:23-cv-7227 (NSR) (JCM)

Dear Judge Román,

This office represents Shawn Landau, the plaintiff in the above-captioned action. The Plaintiff respectfully requests oral argument on Defendants' motion to dismiss and the parties' related briefing (Dkt. 32–34), filed with this Court on March 7, 2024.

Respectfully submitted,

/s/ Rebekah Joab

Rebekah Joab
*Counsel for Plaintiff*

CC via email:    Larry D. Bloomstein
                       Peter J. Fazio
                       Robert L. Isabella
                       Elliot Zucker
                       Aaronson, Rappaport, Feinstein & Deutsch, LLP
                       *Counsel for Defendants*

> **Plaintiff's application is denied without prejudice. Oral argument is discretionary and the Court will schedule same if it believes oral argument is warranted**
>
> Dated: March 8, 2024
>         White Plains, NY
>
> SO ORDERED:
>
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

# LAC
## LEGAL ACTION CENTER

**Board of Directors**

Brad S. Karp
*Chairman*

Mary Beth Forshaw
*Vice Chair*

Lymaris Albors
Gerald Balacek
Eric D. Balber
Elizabeth Bartholet
H. Westley Clark
Suzanne B. Cusack
Jason Flom
Alexis Gadsden
Jeffrey D. Grant
Tony Lee
Doug Liman
Ann-Marie Louison
Ross A. Lovern
Elaine H. Mandelbaum
Kamran Masood
Mark C. Morril
Mary E. Mulligan
Danielle Nicosia
Debra Pantin
Elizabeth M. Sacksteder
Sharon L. Schneier
Virginia Sloan
John J. Suydam
Harya Tarekegn
James Yates

Arthur L. Liman
*Founding Chairman*

Daniel K. Mayers
*Chairman Emeritus*

**Executive Team**

Paul N. Samuels
*Director & President*

Sally Friedman
*SVP of Legal Advocacy*

Tracie Gardner
*SVP of Policy Advocacy*

Ellen Weber
*SVP for Health Initiatives*

Gabrielle de la Guéronnière
*VP of Health & Justice Policy*

Roberta Meyers Douglas
*VP of State Strategy & Reentry*

Adela Prignal
*Chief Financial Officer*

Sharon X. Hayes
*Director of Operations*

Sarah Nikolic
*Sr. Director of Program Support*

**To:** Honorable Nelson S. Román, United States District Judge
U.S. District Court, Southern District of New York

**Fax #:** (914) 390-4179

**Telephone #:** (914) 390-4177

**From:** Rebekah Joab, Legal Action Center
Counsel for Plaintiff

**Re:** *Landau v. Good Samaritan Hospital et al.*,
Case No. 7:23-cv-7227 (NSR) (JCM)

**Page(s):** 1

**Date:** March 7, 2024

---

**Original will not follow:** ___x___

**Original will follow by:**

_____ First Class Mail   _____ Federal Express   _____ Hand Delivery

---

## CONFIDENTIALITY NOTICE

The information contained in this facsimile message and documents accompanying same are legally privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone. We will promptly arrange for the return of the original message to us at our expense. Thank you.