SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

————————————————————————x

SHAWN LANDAU,

                    Plaintiff,

   - against -

GOOD SAMARITAN HOSPITAL, BON
SECOURS CHARITY HEALTH SYSTEM INC.,
and WESTCHESTER COUNTY HEALTH CARE
CORPORATION d/b/a WESTCHESTER
MEDICAL CENTER HEALTH NETWORK,

                    Defendants.

————————————————————————x

**ANSWER**

Index No. 7:23-cv-07227-NSR-JCM

DEFENDANTS DEMAND
TRIAL BY JURY

Defendants, GOOD SAMARITAN HOSPITAL, BON SECOURS CHARITY HEALTH SYSTEM INC., and WESTCHESTER COUNTY HEALTH CARE CORPORATION d/b/a WESTCHESTER MEDICAL CENTER HEALTH NETWORK ("Defendants") by their attorneys, AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP, files this Answer to plaintiff's Second Amended Complaint. Pursuant to Federal Rule of Civil Procedure 8(b), Defendants deny each and every allegation contained in Plaintiffs' Second Amended Complaint except for those expressly admitted herein. In several instances, Defendants have identified statements in the Second Amended Complaint that are legal conclusions or non-factual statements rather than factual assertions. No response to such legal conclusions or non-factual statements is required. However, if such response is required, Defendants deny such legal conclusions and non-factual statements. The headings and numbered Paragraphs below directly correlate to the sections and numbered Paragraphs of Plaintiffs' Second Amended Complaint. Those titles and headings are reproduced in this Answer for organizational purposes only, and Defendants do not admit any matter contained in them.

## PRELIMINARY STATEMENT

1.      Paragraph 1 is a summary of the nature of the lawsuit and requires no response. To the extent plaintiff claims he was subjected to discrimination, that allegation is denied.

2.      In response to Paragraph 2, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

3.      In response to Paragraph 3, Defendants admit that Mr. Landau received medical treatment at Good Samaritan Hospital on various occasions and that such treatment was in accord with good and acceptable medical standards and was non-discriminatory.  The balance of the allegations in this Paragraph are denied.

4.      In response to Paragraph 4, Defendants deny each and every allegation therein.

5.      In response to Paragraph 5, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

6.      In response to Paragraph 6, Defendants deny each and every allegation therein.

7.      In response to Paragraph 7, Defendants deny each and every allegation therein.

8.      In response to Paragraph 8, Defendants deny each and every allegation therein.

9.      In response to Paragraph 9, Defendants deny each and every allegation therein.

## THE PARTIES

10.      In response to Paragraph 10, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

11.      In response to Paragraph 11, Defendants admit that Good Samaritan Hospital is

located at 255 Lafayette Avenue, Suffern, NY, 10901.  Defendants deny the balance of the allegations within this Paragraph in the form alleged and respectfully refer all questions of law to the Court.

12.    In response to Paragraph 12, Defendants admit that Good Samaritan Hospital is located at 255 Lafayette Avenue, Suffern, NY, 10901.  Defendants deny the balance of the allegations within this Paragraph in the form alleged and respectfully refer all questions of law to the Court.

13.    In response to Paragraph 13, Defendants admit that WCHHC is a public benefit corporation that serves residents of the State of New York and elsewhere.  Defendants deny the balance of the allegations within this Paragraph in the form alleged and respectfully refer all questions of law to the Court.

14.    In response to Paragraph 14, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph as it is unknown what is meant by "certain individuals" and on that basis, the allegations are denied.

15.    In response to Paragraph 15, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph.

16.    In response to Paragraph 16, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

17.    In response to Paragraph 17, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

## JURISDICTION AND VENUE

18. In response to Paragraph 18, Defendants admit this Court has jurisdiction.

19. In response to Paragraph 19, Defendants agree that venue is proper.

## STATEMENT OF FACTS

20. In response to Paragraph 20, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants. The balance of the allegations in this Paragraph are denied.

21. In response to Paragraph 21, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

22. In response to Paragraph 22, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

23. In response to Paragraph 23, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

24. In response to Paragraph 24, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

25. In response to Paragraph 25, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

26. In response to Paragraph 26, Defendants respectfully refer to plaintiff's medical

records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

27.    In response to Paragraph 27, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

28.    In response to Paragraph 28, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.

29.    In response to Paragraph 29, Defendants deny each and every allegation therein.

30.    In response to Paragraph 30, Defendants deny each and every allegation therein.

31.    In response to Paragraph 31, Defendants deny each and every allegation therein.

32.    In response to Paragraph 32, Defendants deny each and every allegation therein.

33.    In response to Paragraph 33, Defendants deny each and every allegation therein.

34.    In response to Paragraph 34, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

35.    In response to Paragraph 35, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

36.    In response to Paragraph 36, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

37.    In response to Paragraph 37, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis

deny them.

38.     In response to Paragraph 38, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

39.     In response to Paragraph 39, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

40.     In response to Paragraph 40, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

41.     In response to Paragraph 41, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

42.     In response to Paragraph 42, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

43.     In response to Paragraph 43, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

44.     In response to Paragraph 44, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

45.     In response to Paragraph 45, Defendants do not have sufficient knowledge or

information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

46. In response to Paragraph 46, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

47. In response to Paragraph 47, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

48. In response to Paragraph 48, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

49. In response to Paragraph 49, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

50. In response to Paragraph 50, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

51. In response to Paragraph 51, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

52. In response to Paragraph 52, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

53.     In response to Paragraph 53, Defendants deny each and every allegation therein.

54.     In response to Paragraph 54, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

55.     In response to Paragraph 55, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

56.     In response to Paragraph 56, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

57.     In response to Paragraph 57, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

58.     In response to Paragraph 58, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

59.     In response to Paragraph 59, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

60.     In response to Paragraph 60, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

61.     In response to Paragraph 61, Defendants do not have sufficient knowledge or

information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

62.     In response to Paragraph 62, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

63.     In response to Paragraph 63, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

64.     In response to Paragraph 64, Defendants deny each and every allegation therein.

65.     In response to Paragraph 65, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

66.     In response to Paragraph 66, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

67.     In response to Paragraph 67, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

68.     In response to Paragraph 68, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

69.     In response to Paragraph 69, Defendants deny each and every allegation therein.

70.     In response to Paragraph 70 Defendants respectfully refer to plaintiff's medical

records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

71.     In response to Paragraph 71, Defendants deny each and every allegation therein.

72.     In response to Paragraph 72, Defendants deny each and every allegation therein.

73.     In response to Paragraph 73, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

74.     In response to Paragraph 74, Defendants deny each and every allegation therein.

75.     In response to Paragraph 75, Defendants deny each and every allegation therein.

76.     In response to Paragraph 76, Defendants deny each and every allegation therein.

77.     In response to Paragraph 77, Defendants deny each and every allegation therein.

78.     In response to Paragraph 78, Defendants deny each and every allegation therein.

79.     In response to Paragraph 79, Defendants deny each and every allegation therein.

80.     In response to Paragraph 80, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

81.     In response to Paragraph 81 Defendants deny each and every allegation therein.

82.     In response to Paragraph 82, Defendants deny each and every allegation therein.

83.     In response to Paragraph 83, Defendants deny each and every allegation therein.

84.     In response to Paragraph 84, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

85.     In response to Paragraph 85, Defendants deny each and every allegation therein.

86.     In response to Paragraph 86, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

-10-

87. In response to Paragraph 87, Defendants deny each and every allegation therein.

88. In response to Paragraph 88, Defendants deny each and every allegation therein.

89. In response to Paragraph 89, Defendants deny each and every allegation therein.

90. In response to Paragraph 90, Defendants deny each and every allegation therein.

91. In response to Paragraph 91, Defendants deny each and every allegation therein.

92. In response to Paragraph 92, Defendants deny each and every allegation therein.

93. In response to Paragraph 93, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

94. In response to Paragraph 94, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants. The balance of the allegations in this Paragraph are denied.

95. In response to Paragraph 95, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants. The balance of the allegations in this Paragraph are denied.

96. In response to Paragraph 96, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants. The balance of the allegations in this Paragraph are denied.

97. In response to Paragraph 97, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants. The balance of the allegations in this Paragraph are denied.

98. In response to Paragraph 98, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants. The balance of the

allegations in this Paragraph are denied.

99.    In response to Paragraph 99, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

100.    In response to Paragraph 100, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

101.    In response to Paragraph 101, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

102.    In response to Paragraph 102, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

103.    In response to Paragraph 103, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

104.    In response to Paragraph 104, Defendants deny each and every allegation therein.

105.    In response to Paragraph 105, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

106.    In response to Paragraph 106, Defendants deny each and every allegation therein.

107.    In response to Paragraph 107, Defendants deny each and every allegation therein.

108.    In response to Paragraph 108, Defendants deny each and every allegation therein.

109.    In response to Paragraph 109, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

110.    In response to Paragraph 110, Defendants deny each and every allegation therein.

111.    In response to Paragraph 111, Defendants deny each and every allegation therein.

112.    In response to Paragraph 112, Defendants deny each and every allegation therein.

113.    In response to Paragraph 113, Defendants deny each and every allegation therein.

114.    In response to Paragraph 114, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

115.    In response to Paragraph 115, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

116.    In response to Paragraph 116, Defendants deny each and every allegation therein.

117.    In response to Paragraph 117, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

118.    In response to Paragraph 118, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

119.    In response to Paragraph 119, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

120.    In response to Paragraph 120, Defendants deny each and every allegation therein.

121.    In response to Paragraph 121, Defendants deny each and every allegation therein.

122.    In response to Paragraph 122, Defendants deny each and every allegation therein.

123.    In response to Paragraph 123, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

124.    In response to Paragraph 124, Defendants deny each and every allegation therein.

125.    In response to Paragraph 125, Defendants deny each and every allegation therein.

126.    In response to Paragraph 126, Defendants deny each and every allegation therein.

127.    In response to Paragraph 127, Defendants deny each and every allegation therein.

128.    In response to Paragraph 128, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

129.    In response to Paragraph 129, Defendants deny each and every allegation therein.

130.    In response to Paragraph 130, Defendants deny each and every allegation therein.

131.    In response to Paragraph 131, Defendants deny each and every allegation therein.

132.    In response to Paragraph 132, Defendants deny each and every allegation therein.

133.    In response to Paragraph 133, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

134.    In response to Paragraph 134, Defendants deny each and every allegation therein.

135.    In response to Paragraph 135, Defendants deny each and every allegation therein.

136.    In response to Paragraph 136, Defendants deny each and every allegation therein.

137. In response to Paragraph 137, Defendants deny each and every allegation therein.

138. In response to Paragraph 138, Defendants deny each and every allegation therein.

139. In response to Paragraph 139, Defendants deny each and every allegation therein.

140. In response to Paragraph 140, Defendants deny each and every allegation therein.

141. In response to Paragraph 141, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

142. In response to Paragraph 142, Defendants deny each and every allegation therein.

143. In response to Paragraph 143, Defendants deny each and every allegation therein.

144. In response to Paragraph 144, Defendants deny each and every allegation therein.

145. In response to Paragraph 145, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

146. In response to Paragraph 146, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

147. In response to Paragraph 147, Defendants deny each and every allegation therein.

148. In response to Paragraph 148, Defendants deny each and every allegation therein.

149. In response to Paragraph 149, Defendants deny each and every allegation therein.

150. In response to Paragraph 150, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

151. In response to Paragraph 151, Defendants deny each and every allegation therein.

152.    In response to Paragraph 152, Defendants deny each and every allegation therein..

153.    In response to Paragraph 153, Defendants deny each and every allegation therein.

154.    In response to Paragraph 154, Defendants deny each and every allegation therein.

155.    In response to Paragraph 155, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

156.    In response to Paragraph 156, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

157.    In response to Paragraph 157 Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

158.    In response to Paragraph 158, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

159.    In response to Paragraph 159, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

160.    In response to Paragraph 160, Defendants respectfully refer to plaintiff's medical records for the specifics of any diagnoses and treatment by the Defendants.  The balance of the allegations in this Paragraph are denied.

161.    In response to Paragraph 161, Defendants deny each and every allegation therein.

162.    In response to Paragraph 162, Defendants deny each and every allegation therein.

163.    In response to Paragraph 163, Defendants deny each and every allegation therein.

164.    In response to Paragraph 164, Defendants deny each and every allegation therein.

165.    In response to Paragraph 165, Defendants deny each and every allegation therein.

166.    In response to Paragraph 166, Defendants deny each and every allegation therein.

167.    In response to Paragraph 167, Defendants deny each and every allegation therein.

168.    In response to Paragraph 168, Defendants deny each and every allegation therein.

169.    In response to Paragraph 169, Defendants deny each and every allegation therein.

**FIRST CAUSE OF ACTION**
**TITLE II OF THE AMERICANS WITH DISABILITES ACT**
**As to Defendant Westchester County Health Care Corporation D/B/A**
**Westchester Medical Center Health Network ("WCHCC")**

170.    In response to Paragraph 170, Defendants repeat each admission or denial contained in Paragraphs 1 through 169 herein as though fully set forth hereat.

171.    In response to Paragraph 171, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

172.    In response to Paragraph 172, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

173.    In response to Paragraph 173, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

174.    In response to Paragraph 174, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

175.    In response to Paragraph 175, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

176.    In response to Paragraph 176, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

177. In response to Paragraph 177, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

178. In response to Paragraph 178, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

179. In response to Paragraph 179, Defendants deny each and every allegation therein.

180. In response to Paragraph 180, Defendants deny each and every allegation therein.

181. In response to Paragraph 181, Defendants deny each and every allegation therein.

182. In response to Paragraph 182, Defendants deny each and every allegation therein.

183. In response to Paragraph 183, Defendants deny each and every allegation therein.

184. In response to Paragraph 184, Defendants deny each and every allegation therein.

185. In response to Paragraph 185, Defendants deny each and every allegation therein.

186. In response to Paragraph 186, Defendants deny each and every allegation therein.

187. In response to Paragraph 187, Defendants deny each and every allegation therein.

188. In response to Paragraph 188, Defendants deny each and every allegation therein.

189. In response to Paragraph 189, Defendants deny each and every allegation therein.

190. In response to Paragraph 190, Defendants deny each and every allegation therein.

**SECOND CAUSE OF ACTION**
**TITLE III OF THE AMERICANS WITH DISABILITIES ACT**
**As to Defendants Good Samaritan Hospital and Bon Secours**
**Charity Health System Inc.**

191. In response to Paragraph 190, Defendants repeat each admission or denial contained in Paragraphs 1 through 189 herein as though fully set forth hereat.

192. In response to Paragraph 192, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

193. In response to Paragraph 193, Defendants deny this allegation in the form alleged

and respectfully refer all questions of law to this Honorable Court.

194.  In response to Paragraph 194, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

195.  In response to Paragraph 195, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

196.  In response to Paragraph 196, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

197.  In response to Paragraph 197, Defendants deny each and every allegation therein.

198.  In response to Paragraph 198, Defendants deny each and every allegation therein.

199.  In response to Paragraph 199, Defendants deny each and every allegation therein.

200.  In response to Paragraph 200, Defendants deny each and every allegation therein.

201.  In response to Paragraph 201, Defendants deny each and every allegation therein.

202.  In response to Paragraph 202, Defendants deny each and every allegation therein.

203.  In response to Paragraph 203, Defendants deny each and every allegation therein.

204.  In response to Paragraph 204, Defendants deny each and every allegation therein.

205.  In response to Paragraph 205, Defendants deny each and every allegation therein.

206.  In response to Paragraph 206, Defendants deny each and every allegation therein.

**AS AND FOR THE THIRD CAUSE OF ACTION**
**SECTION 504 OF THE REHABILITATION ACT**
<u>**As to all Defendants**</u>

207.  In response to Paragraph 207, Defendants repeat each admission or denial contained in Paragraphs 1 through 206 herein as though fully set forth hereat.

208.  In response to Paragraph 208, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

-19-

209.    In response to Paragraph 209, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

210.    In response to Paragraph 210, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

211.    In response to Paragraph 211, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

212.    In response to Paragraph 212, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

213.    In response to Paragraph 213, Defendants do not have sufficient knowledge or information to form a belief as to the truth of the allegations in this Paragraph and on that basis deny them.

214.    In response to Paragraph 214, Defendants deny each and every allegation therein.

215.    In response to Paragraph 215, Defendants deny each and every allegation therein.

216.    In response to Paragraph 216, Defendants deny each and every allegation therein.

217.    In response to Paragraph 217, Defendants deny each and every allegation therein.

218.    In response to Paragraph 218, Defendants deny each and every allegation therein.

219.    In response to Paragraph 219, Defendants deny each and every allegation therein.

220.    In response to Paragraph 220, Defendants deny each and every allegation therein.

221.    In response to Paragraph 221, Defendants deny each and every allegation therein.

222.    In response to Paragraph 222, Defendants deny each and every allegation therein.

223.    In response to Paragraph 223, Defendants deny each and every allegation therein.

224.    In response to Paragraph 224, Defendants deny each and every allegation therein.

225.    In response to Paragraph 225, Defendants deny each and every allegation therein.

226.    In response to Paragraph 226, Defendants deny each and every allegation therein.

## FOURTH CAUSE OF ACTION
## SECTION 1557 OF THE PATIENT PROTECTION AND AFFORDABLE CARE ACT As to all Defendants

227.    In response to Paragraph 227, Defendants repeat each admission or denial contained in Paragraphs 1 through 226 herein as though fully set forth hereat.

228.    In response to Paragraph 228, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

229.    In response to Paragraph 229, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

230.    In response to Paragraph 230, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

231.    In response to Paragraph 231, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

232.    In response to Paragraph 232, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

233.    In response to Paragraph 233, Defendants deny each and every allegation therein.

234.    In response to Paragraph 234, Defendants deny each and every allegation therein.

235.    In response to Paragraph 235, Defendants deny each and every allegation therein.

236.    In response to Paragraph 236, Defendants deny each and every allegation therein.

237.    In response to Paragraph 237, Defendants deny each and every allegation therein.

238.    In response to Paragraph 238, Defendants deny each and every allegation therein.

239.    In response to Paragraph 239, Defendants deny each and every allegation therein.

240.    In response to Paragraph 240, Defendants deny each and every allegation therein.

241.    In response to Paragraph 241, Defendants deny each and every allegation therein.

242.    In response to Paragraph 242, Defendants deny each and every allegation therein.

243.    In response to Paragraph 243, Defendants deny each and every allegation therein.

244.    In response to Paragraph 244, Defendants deny each and every allegation therein.

## FIFTH CAUSE OF ACTION
### NEW YORK STATE HUMAN RIGHTS LAW
### As to all Defendants

245.    In response to Paragraph 245, Defendants repeat each admission or denial contained in Paragraphs 1 through 244 herein as though fully set forth hereat.

246.    In response to Paragraph 246, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

247.    In response to Paragraph 247, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

248.    In response to Paragraph 248, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

249.    In response to Paragraph 249 Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

250.    In response to Paragraph 250, Defendants deny this allegation in the form alleged and respectfully refer all questions of law to this Honorable Court.

251.    In response to Paragraph 251, Defendants deny each and every allegation therein.

252.    In response to Paragraph 252, Defendants deny each and every allegation therein.

253.    In response to Paragraph 253, Defendants deny each and every allegation therein.

254.    In response to Paragraph 254, Defendants deny each and every allegation therein.

255.    In response to Paragraph 255, Defendants deny each and every allegation therein.

256.    In response to Paragraph 256, Defendants deny each and every allegation therein.

257.    In response to Paragraph 257, Defendants deny each and every allegation therein.

258.    In response to Paragraph 258, Defendants deny each and every allegation therein.

259.    In response to Paragraph 259, Defendants deny each and every allegation therein.

260.    In response to Paragraph 260, Defendants deny each and every allegation therein.

## AS AND FOR THE FIRST AFFIRMATIVE DEFENSE

261.    Plaintiff's claims are time-barred in whole or part.

## AS AND FOR THE SECOND AFFIRMATIVE DEFENSE

262.    Plaintiff fails to state a claim upon which relief can be granted.

## AS AND FOR THE THIRD AFFIRMATIVE DEFENSE

263.    Defendant denies that Plaintiff was subjected to discrimination on the basis of disability or any protected status. Any actions taken by Defendant were based on legitimate, nondiscriminatory medical judgment, patient safety concerns, and compliance with applicable standards of care. Plaintiff was not denied meaningful access to services, was not excluded from participation in any program or activity, and received appropriate care under the circumstances.

## AS AND FOR THE FOURTH AFFIRMATIVE DEFENSE

264.    Plaintiff was not a "qualified individual with a disability" as defined under the ADA, Rehabilitation Act, ACA, and/or NYSHRL.

## AS AND FOR THE FIFTH AFFIRMATIVE DEFENSE

265.    Plaintiff was not otherwise qualified to receive the requested services, accommodations, or treatment under the circumstances.

## AS AND FOR THE SIXTH AFFIRMATIVE DEFENSE

266.    Any actions taken were based on medical clinical judgment, patient safety, medical necessity, or were based upon standard of care considerations and were not discriminatory.

## AS AND FOR THE SEVENTH AFFIRMATIVE DEFENSE

267.    Plaintiff was not excluded from participation in, denied benefits of, or denied meaningful access to services.

## AS AND FOR THE EIGHTH AFFIRMATIVE DEFENSE

268.    The Defendants did not act intentionally, with deliberate indifference, or with discriminatory animus.

## AS AND FOR THE NINTH AFFIRMATIVE DEFENSE

269.    The Defendants' clinical and medical decisions were medically necessary, based on medical judgment in the best interests of the patient, and were based upon good and accepted professional standards.

## AS AND FOR THE TENTH AFFIRMATIVE DEFENSE

270.    Plaintiff failed to mitigate his claimed damages.

## AS AND FOR THE ELEVENTH AFFIRMATIVE DEFENSE

271.    That the injuries claimed by plaintiff in the complaint were caused in whole or in part, by the culpable conduct of the plaintiff which either bars the claims completely or else diminishes the damages by the proportion that such culpable conduct of the plaintiff bears to the total culpable conduct causing the injuries.

**AS AND FOR THE TWELFTH AFFIRMATIVE DEFENSE**

272.    Any medical decisions regarding vascular access, medication prescription and administration, discharge planning, and suitability for home IV antibiotics or methadone use were matters of clinical judgment and medical necessity.

**AS AND FOR THE THIRTEENTH AFFIRMATIVE DEFENSE**

273.    Plaintiff was not denied treatment; rather, alternative treatment was offered or provided.

**AS AND FOR THE FOURTEENTH AFFIRMATIVE DEFENSE**

274.    Defendants provided reasonable modifications where required that fell within the standard of care and were not obligated to provide plaintiff's preferred treatment modality.

**AS AND FOR THE FIFTEENTH AFFIRMATIVE DEFENSE**

275.    Defendants lacked deliberate indifference and acted in good faith.

**AS AND FOR THE SIXTEENTH AFFIRMATIVE DEFENSE**

276.    Defendant reserves the right to amend/add defenses as discovery proceeds.

**AS AND FOR THE SEVENTEENTH AFFIRMATIVE DEFENSE**

277.    Upon information and belief, Answering Defendants were not negligent, as their acts and/or alleged omissions were reasonable and prudent pursuant to the emergency doctrine and did not create the emergency that formed the context for said acts and/or alleged omissions.

**AS AND FOR THE EIGHTEENTH AFFIRMATIVE DEFENSE**

278.    Upon information and belief, Answering Defendants were not negligent, as their acts and/or alleged omissions were reasonable and prudent pursuant to the emergency doctrine and did not create the emergency that formed the context for said acts and/or alleged omissions.

## AS AND FOR THE NINETEENTH AFFIRMATIVE DEFENSE

279.    Upon information and belief, plaintiff lacks legal capacity to bring the within lawsuit.

## AS AND FOR THE TWENTIETH AFFIRMATIVE DEFENSE

280.    These Answering Defendants are immune from liability for the acts, omissions, and injuries alleged in the Complaint, pursuant to Executive Orders (A. Cuomo) 202 *et seq.* (N.Y. Comp. Codes R. & Regs. tit. 9, § 8.202 *et seq.*), including but not limited to Executive Order (A. Cuomo) 202.10 (N.Y. Comp. Codes R. & Regs. tit. 9, § 8.202.10 *et seq.*), and/or the Emergency or Disaster Treatment Protection Act ("EDTPA") (Public Health Law Article 30-D).

## AS AND FOR THE TWENTY-FIRST AFFIRMATIVE DEFENSE

281.    These Answering Defendants are immune from liability for the acts, omissions, and injuries alleged in the Complaint, pursuant to the United States Public Readiness and Emergency Preparedness ("PREP") Act (42 U.S.C.A. §247d-6d *et seq.*) and/or the Coronavirus Aid, Relief, and Economic Security ("CARES") Act of 2020, §4113c (42 U.S.C.A. §247d-6d[i][1], as added by Pub. L. 116-136, 116 U.S. Stat. 3548).

## AS AND FOR THE TWENTY-SECOND AFFIRMATIVE DEFENSE

282.    Plaintiff's state law claims must be dismissed, as they are preempted by the United States Public Readiness and Emergency Preparedness ("PREP") Act (42 U.S.C.A. §247d-6d *et seq.*) and/or the Coronavirus Aid, Relief, and Economic Security ("CARES") Act of 2020, §4113c (42 U.S.C.A. §247d-6d[i][1], as added by Pub. L. 116-136, 116 U.S. Stat. 3548).

## AS AND FOR THE TWENTY-THIRD AFFIRMATIVE DEFENSE

283.    This Court lacks jurisdiction over the subject matter of plaintiff's claims, pursuant to the United States Public Readiness and Emergency Preparedness ("PREP") Act (42 U.S.C.A.

§247d-6d *et seq.*) and/or the Coronavirus Aid, Relief, and Economic Security ("CARES") Act of 2020, §4113c (42 U.S.C.A. §247d-6d[i][1], as added by Pub. L. 116-136, 116 U.S. Stat. 3548).

## JURY DEMAND

284.    Defendants hereby demand a trial by jury as to all issues so triable.

WHEREFORE, defendants GOOD SAMARITAN HOSPITAL, BON SECOURS CHARITY HEALTH SYSTEM INC., and WESTCHESTER COUNTY HEALTH CARE CORPORATION d/b/a WESTCHESTER MEDICAL CENTER HEALTH NETWORK demands judgment dismissing the Complaint together with the costs and disbursements of the within action.

Dated:    New York, New York
          May 18, 2026

                                        Yours, etc.

                                        Larry D. Bloomstein

                                        BY:  Larry D. Bloomstein (0603)
                                        AARONSON RAPPAPORT FEINSTEIN &
                                        DEUTSCH, LLP
                                        Attorneys for Defendants
                                        GOOD SAMARITAN HOSPITAL, BON
                                        SECOURS CHARITY HEALTH SYSTEM INC.,
                                        and WESTCHESTER COUNTY HEALTH CARE
                                        CORPORATION d/b/a WESTCHESTER
                                        MEDICAL CENTER HEALTH NETWORK
                                        600 Third Avenue
                                        New York, NY 10016
                                        (212) 593-8059
                                        Email:  ldbloomstein@arfdlaw.com

To:    LEGAL ACTION CENTER
       Attorneys for Plaintiff
       225 Varick St., 4th Floor
       New York, New York 10014
       Tel: (212) 243-1313
       Email: rjoab@lac.org

       EISENBERG & BAUM, LLP.
       Attorneys for Plaintiff
       24 Union Square East, PH
       New York, New York  10003
       (212) 353-8700
       Email: DHommel@eandblaw.com

-27-